BRIAN K. TERRY, ESQ.
Nevada Bar No. 3171
THORNDAL ARMSTRONG DELK
  BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: bterry@thorndal.com

Attorney for Defendants, PJ Las Vegas,
LLC and Serazen, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHANCE E. GORDON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PJ LAS VEGAS, LLC, a Nevada Limited Liability Company, SERAZEN, LLC, a California Limited Liability Company, PAPA JOHN'S INTERNATIONAL INC., a Delaware Corporation, and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-00732-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 32 |

　　　　IT IS HEREBY stipulated by the parties hereto, by and between Casey D. Gish, Esq., of The Law Office of Casey D. Gish, attorney for plaintiff, Chance E. Gordon, Dana B. Salmonson, Esq., of Ogletree, Deakins, Nash, Smoak & Steward, P.C., attorney for defendant, Papa John's International, Inc., and Brian K. Terry, Esq., of Thorndal Armstrong Delk Balkenbush & Eisinger, attorney for defendants, PJ Las Vegas, LLC and Serazen, LLC, that the above-entitled matter be dismissed with prejudice as to said defendants, and each of the above parties to bear

-1-

their own fees and costs incurred herein.  No trial date having been scheduled in this matter.  A scheduling order was issued on September 13, 2016.

| Dated this 6th day of January, 2017. | Dated this 6th day of January, 2017. |
|---|---|
| THE LAW OFFICE OF CASEY D. GISH | OGLETREE, DEAKINS, NASH, SMOAK & STEWARD, P. C. |
| /s/ Casey D. Gish | /s/ Dana B. Salmonson |
| Casey D. Gish, Esq.  (NBN 006657)<br>5940 South Rainbow Boulevard<br>Las Vegas, Nevada 89118<br>Tel:  (702) 583-5882<br>Attorney for Plaintiff, Chance E. Gordon | Dana B. Salmonson, Esq.  (NBN 011180)<br>3800 Howard Hughes Parkway, Suite 1500<br>Las Vegas, Nevada 89169<br>Tel:  (702) 369-6800<br>Attorney for Defendant, Papa John's International, Inc. |
| Dated this 6th day of January, 2017.<br><br>THORNDAL ARMSTRONG DELKBALKENBUSH & EISINGER<br><br>/s/ Brian K. Terry<br><br>Brian K. Terry, Esq.  (NBN 003171)<br>1100 East Bridger Avenue<br>P.O. Box 2070<br>Las Vegas, NV 89125-2070<br>Tel:  (702) 366-0622<br>Attorney for Defendants, PJ Las Vegas, LLC and Serazen, LLC | |

## ORDER ON STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Based on the parties' stipulation [ECF No.32] and good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey, U.S. District Judge
Dated January 6, 2017